Mary Burke, an Infant, by Margaret Smith, her Guardian ad Litem, Respondent, v. The Supreme Council, Catholic Benevolent Legion, Appellant.— Order affirmed, with ten

dollars costs and disbursements. No opinion. All concurred.